DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Jermaine L. Levy, | ) | |
|---|---|---|
| | ) | CASE NO. 1:07CV1806 |
| Petitioner, | ) | 1:02CV0671 |
| | ) | 1:99CR0279 |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| United States of America, | ) | (Case No. 1:07CV1806, Doc. No. 1). |
| | ) | (Case No. 1:02CV0671, Doc. No. 24) |
| Respondent. | ) | |
| | ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby ORDERED, ADJUDGED and DECREED that in Case No. 1:07CV1806, Petitioner Jermaine Levy's second petition for relief pursuant to 28 U.S.C. Section 2255 is denied. Further, Petitioner's Motion for Relief from Judgment pursuant to Fed. R. Civ. P. 60(b) in Case No. 1:02CV0671, which the Court construes as a successive petition made pursuant to 28 U.S.C. 2255, is also denied.

Pursuant to 28 U.S.C. Section 2253(c) and Fed. R. App. P. 22(b), the Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

|  August 13, 2007  |  */s/ David D. Dowd, Jr.*  |
|---|---|
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |